```
                                                              FILED
                                                    UNITED STATES DISTRICT COURT
                                                         DENVER, COLORADO
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO              OCT 2 4 2011

                                                      GREGORY C. LANGHAM
                                                                    CLERK
```

Civil Action No. 11-cv-02686-BNB

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

JOSHUA ALAN MEISMAN,

    Plaintiff,

v.

FREMONT COUNTY, COLORADO,

    Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
| | | |
|---|---|---|
| (1) | ___ | is not submitted |
| (2) | ___ | is not on proper form (must use the court's current form) |
| (3) | ___ | is missing original signature by Plaintiff |
| (4) | ___ | is missing affidavit |
| (5) | ___ | affidavit is incomplete |
| (6) | _X_ | affidavit is not notarized or is not properly notarized |
| (7) | ___ | names in caption do not match names in caption of complaint, petition or application |
| (8) | ___ | An original and a copy have not been received by the court. |

|      |     | Only an original has been received. |
|------|-----|---|
| (9)  | X   | other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u> |

**Complaint or Petition:**

| (10) | __ | is not submitted |
|------|----|---|
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the Plaintiff |
| (13) | __ | is incomplete |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | __ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 24, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02686-BNB

Joshua Alan Meisman
PO Box 382
Peyton, CO 80831

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 24, 2011.

                                GREGORY C. LANGHAM, CLERK

                         By: _____
                                     Deputy Clerk